Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65891.—Progressive Cycle Co. et al. *v.* United States, protests 58/8384–S, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65892.—F. A. Baker & Co. et al. *v.* United States, protests 59/18520–S, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65893.—James G. Wiley, a/c William G. Morschauser *v.* United States, protests 59/22333(A) and 59/34425 (Los Angeles).

RAO, Judge: The protests enumerated above, which were consolidated for purposes of trial, relate to certain imported merchandise invoiced as steel wood